Case 2:13-cv-00730-AB-AJW   Document 1104   Filed 04/25/18   Page 1 of 2   Page ID #:60798

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES - GENERAL

| | |
|---|---|
| Case No.:  CV 13-00730-AB (AJWx) | Date:  April 25, 2018 |

Title:   The Boeing Company, *et al.* v. KB Yuzhnoye *et. al.*

Present: The Honorable   **ANDRÉ BIROTTE JR., United States District Judge**

| Carla Badirian | N/A |
|---|---|
| Deputy Clerk | Court Reporter |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| None Appearing | None Appearing |

**Proceedings:**   **[In Chambers] GRANTING Plaintiffs' Motion for Reconsideration (Dkt. No 1088) and GRANTING Plaintiffs' Motion for Leave to Register the Court's Judgment (Dkt. No. 971.)**

On February 20, 2018, Plaintiffs The Boeing Company and Boeing Commercial Space Company (collectively "Boeing") filed a Motion for Reconsideration of the Court's Order Denying Plaintiffs' Registration Motion (Dkt. No. 1088) pursuant to Local Rule 7-18. (Dkt. No. 1089.) Defendants KB Yuzhnoye and PO Yuzhnoye Mashinostroitelny Zavod's (collectively "Yuzhnoye") did not file an Opposition. The Court ordered Boeing to refile their *in camera* supplemental documents in support of the underlying motion, and Boeing has complied. (Dkt. Nos. 1101, 1102.) The Court **GRANTS** the Motion for Reconsideration as unopposed.

Regarding the Motion to Register the Judgment (Dkt. No. 971), Boeing must show that it has "good cause" to register a judgment before the decision is final on appeal. 28 U.S.C. §1963. Good cause can be shown by the absence of sufficient assets in this jurisdiction to satisfy the judgement against it, as well as substantial assets in the

registration forum. *Columbia Pictures Television, Inc. v. Krypton Broad. of Birmingham, Inc.*, 259 F.3d 1186, 1198 (9th Cir. 2001) ( "[Defendant] does not dispute that he lacks assets in California. He also does not dispute that he owns substantial property in Florida. This evidence is sufficient to support a finding of good cause."). Boeing has shown that Yuzhnoye does not have sufficient assets in this jurisdiction to cover the more than $200 million judgment it owes Boeing. Boeing has also shown in its *in camera* submissions that Yuzhnoye likely has substantial assets in other jurisdictions, including the District of Colorado, the Middle District of Florida, and the Eastern District of Virginia. Boeing has additionally shown good cause to register its judgment due to Yuzhnoye's repeated failure to comply with post-judgment discovery which led the Court to issue a $1,000,000 civil contempt fine. (Dkt. No. 1098.)

The Court therefore **GRANTS** Boeing's Motion to Leave to Register the Court's Judgment in U.S. Federal Districts other than the Central District of California (Dkt. No. 971) and **ORDERS** that Plaintiffs may register the Court's Judgment (Dkt. 960) in the District of Colorado, the Middle District of Florida, the Eastern District of Virginia, and any other jurisdiction in which the Yuzhnoye Defendants have or may have assets.

**IT IS SO ORDERED.**

I hereby attest and certify on 4-27-2018 that the foregoing document is a full, true and correct copy of the original on file in my office, and in my legal custody.

CLERK U.S. DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
Derek Davis
DEPUTY CLERK

1175